FAY BECHTOL NEY v. K. WINFIELD NEY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER E. BLOCK v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE RIGHT MILLINERY CO., INC., v. ISIDORE BLEIMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK STOEHR and Another v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LTD.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GERTRUDE ARNOWITZ v. HARRY B. KOSSOVE and Others.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETTORE PENNA v. LLOYD SABAUDO.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

" BORCHARD " v. JOSE CRUZ and Another.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES C. CONOVER and Another v. JACOB ESSNER.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER A. LUCKER v. UNION INDEMNITY COMPANY, Impleaded, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSHUA HOYLE & SONS, LTD., INC., v. BEST & CO., INC.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX SCALL v. BROTHERHOOD CREDIT CO., INC.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN FEKETE and Another v. BIROSE REALTY CO., INC.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILBUR S. REYNOLDS v. B. E. CURRY, INCORPORATED.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN OCHELTREE v. FIFTH AVENUE COACH COMPANY and Others, Impleaded with CHESEBRO WHITMAN CO., INC.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL ROSEFF & SONS, INC., v. LUDWIG BREIDENBACH, Tenant, and 341 WEST 54TH STREET GARAGE, INC., Undertenant.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANTHONY E. LASK v. CHRIS STELYN and Another.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.